UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Dong Khai Quan,** in individual and representative capacity as trustee of the Quan Family Trust 2016;<br>**Hellen Quanngo,** in individual and representative capacity as trustee of the Quan Family Trust 2016;<br>**Gursharan Jit Singh**;<br>**Amarjeet Singh**; and Does 1-10,<br><br>　　　　Defendants. | Case: No.: 4:19-CV-06160-HSG<br><br>**ORDER GRANTING JOINT STIPULATION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56. All other obligations and deadlines per General Order. No. 56 remains as calendared.

IT IS SO ORDERED.

Dated: 12/18/2019

　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　HONORABLE HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1